IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS DEWAYNE TRIBBY and
LINDA LAVINNA TRIBBY,

    Plaintiffs,

vs.

BUZ MATTSON and RAY KLEIN,
INC., an Oregon corporation,
dba PROFESSIONAL CREDIT SERVICE,

    Defendants.

O R D E R

Civ. No. 07-6187-TC

AIKEN, Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on November 6, 2007. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

    Plaintiffs have timely filed objections. I have, therefore, given the file of this case a _de novo_ review. I ADOPT the Magistrate's Findings and Recommendation (doc. 11) that

1 - ORDER

plaintiffs' motion for summary judgment (doc. 9) be denied.

IT IS SO ORDERED.

Dated this 4 day of December 2007.

*Ann Aiken*
Ann Aiken
United States District Judge

2 - ORDER